ACCEPTED
01-15-00854-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 9:40:14 AM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00854-CV

_____

IN THE FIRST DISTRICT COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 9:40:14 AM
CHRISTOPHER A. PRINE
Clerk

_____

PHCC-LA HACIENDA REHABILITATION AND HEALTH CARE CENTER
LLC,
Appellant

v.

KEITH CRUME,
Appellee

_____

On appeal from the 189th Judicial District Court, Harris County
The Honorable Bill Burke Presiding Judge

_____

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellant, PHCC-La Hacienda Rehabilitation and Health Care Center ("PHCC"), files this Unopposed Motion to Extend Time to File Brief and in support would respectfully show as follows:

1.    Appellant's brief is currently due on November 30, 2015.

2.    Appellant requests an additional fourteen (14) days to file its brief, extending the time to **December 14, 2015**.

3.    This extension is needed primarily because Afton Sands, lead appellate counsel for Appellant PHCC, has been preoccupied with other work, which includes, in addition to other litigation commitments, (1) preparing a Motion to Dismiss Plaintiff's First Amended Complaint filed on November 18, 2015 in *John Stephen Thorne v. Union Pacific Corporation and Union Pacific Railroad Company*¸ Cause No, 1:15-CV-00561-RP, pending in the United States District Court for the Western District of Texas Austin Division; (2) preparing and taking the depositions of two key witnesses on November 19, 2015, preparing and presenting her client for deposition on November 23, 2015, and preparing a dispositive motion in *Fairway Assisted Living, LLC, et al. v. Teravista Community Association, Inc.*, Cause No. 1:14-CV-441, pending in the United States District Court for the Western District of Texas Austin Division due and to be filed on December 1, 2015; and (3) preparing a Response to a Motion for New Trial in *Johnson v. PHCC-Westwood Rehabilitation & Healthcare Center, LLC*, Cause No. 2014-00261 pending in the 333rd Judicial District Court of Harris County, Texas.

4.    This request is not for purpose of delay, but so that justice may be done and this Court may be fully informed of all factual and legal information relevant to the proper disposition of this appeal.

2

AUS-6198016-1 6056520/54

WHEREFORE, PREMISES CONSIDERED, Appellant requests that this Court grant its Motion for Extension of Time to File Brief on or before December 14, 2015.

Respectfully submitted,

HUSCH BLACKWELL, L.L.P

BY:*/s/ Afton Sands*
    AFTON SANDS
    Texas Bar No. 24060555
    Afton.sands@huschblackwell.com
    LORINDA HOLLOWAY
    Texas Bar No. 00798264
    Lorinda.holloway@huschblackwell.com
    111 Congress Avenue, Suite 1400
    Austin, Texas 78701
    (512) 472-5456
    (512) 479-1101 (facsimile)
    *Attorneys for Appellant PHCC-La Hacienda Rehabilitation and Health Care Center LLC*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that she has consulted with John Kahn, counsel for Appellee, via telephone and he is unopposed to the relief requested herein.

*/s/ Afton Sands*
AFTON SANDS

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been served upon the following counsel of record via electronic filing and/or facsimile on the 25th day of November, 2015:

John Joseph Kahn, Jr.
john@kahnlawyers.com
Jennifer Hodges Kahn
Jennifer@kahnlawyers.com
The Kahn Law Firm PC
9330 Broadway, Suite A-224
Pearland, TX 77584
Fax:  713-226-9901

*/s/ Afton Sands*
Afton Sands

4